James S. Link (SBN 94280)
Counselor & Advocate at Law
215 N. Marengo, 3rd Floor
Pasadena, CA 91101
(626) 793-9570
(626) 628-1925(fax)
james.s.link@att.net

Attorney for Defendant Hillcrest Real Estate LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>HILLCREST REAL ESTATE LLC, a California limited liability company dba Hilton Los Angeles/Universal City,<br><br>Defendant. | Case No.: 2:22-cv-04090-DFS-AGR<br><br>JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure Attorneys for Plaintiff Theresa Brooke and Defendant Hillcrest Real Estate LLC stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

Date:  November 14 , 2022             /s/P. Krisofer Strojnik
                                      P. Kristofer Strojnik (242728)
                                      Attorneys for Plaintiff

**1**
**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

1  Date: __November 14__, 2022       _____
                                     James S. Link
                                     Counsel for Defendant Hillcrest Real
                                     Estate LLC

SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Date: __November 14__, 2022       _____
                                   James S. Link
                                   Counsel or Defendant Hillcrest Real
                                   Estate LLC

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**